Certificate Number: 05781-LAM-DE-041696188

Bankruptcy Case Number: 26-10835

05781-LAM-DE-041696188

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on November 19, 2026, at 10:39 o'clock AM PST, George Veals Iii completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Louisiana.

Date: November 19, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President